# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| NETWORK MONITORING LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> BOOKING,COM BV, § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 2:21-CV-00146-JRG |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Network Monitoring LLC ("Plaintiff"). (Dkt. No. 10). In the Notice, Plaintiff notifies the Court that all claims in the above-captioned case are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs and fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 5th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE